OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 The supplemental instructions which the court delivered
 
 *970
 
 were essentially neutral and therefore did not seek to coerce a particular juror into accepting a particular view of the facts (see
 
 People v Pagan,
 
 45 NY2d 725, 727;
 
 People v Carter, 40
 
 NY2d 933, 934). We have examined appellant’s other contentions and find them to be without merit.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed in a memorandum.